# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL C. LAMPLEY and TERRI L. LAMPLEY, <br><br> Plaintiffs, <br><br> v. <br><br> FRANKLIN COUNTY, ILLINOIS, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-00117-JPG-DGW |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on a number of papers from both parties. First, the plaintiffs filed a motion to dismiss all of the individual defendants from this action with prejudice. (ECF No. 113.) The defendants have filed a response consenting to the motion. (ECF No. 114.) The Court will accordingly **GRANT** the motion and **DISMISS WITH PREJUDICE** all of the individual defendants from this case pursuant to Federal Rule of Civil Procedure 41(a)(2): Sheriff Donald Jones, Chet Lee Shaffer, Gerald Dorris, Rachel Heise, Tiffanie Young Harris, Kayelynne Sue Mason, Edith Marie Johnson, Phillip Jackson, Annabelle Shukites, Dr. Adeyemi Fatoki and David R. Veldman. The Court **DIRECTS** the Clerk of Court to terminate these parties as defendants in this matter.

Defendants Franklin County, Illinois, Correctional Healthcare, LTD, and Correctional Healthcare Physicians II, PC remain. Franklin County has filed a paper indicating that the claims against these three remaining parties have settled and no further claims remain for adjudication. (ECF No. 115.) But since Franklin County was the only party to sign that paper, the Court cannot yet close this case. If the remaining parties want the Court to close this case, then the parties should

file a stipulated dismissal signed by all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

**DATED: OCTOBER 1, 2018**

                                                    **s/ *J. Phil Gilbert***
                                                    **J. PHIL GILBERT**
                                                    **DISTRICT JUDGE**