# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL C. LAMPLEY and TERRI L. LAMPLEY,

    Plaintiffs,

    v.

FRANKLIN COUNTY, ILLINOIS, *et al.*,

    Defendants.

Case No. 3:16-cv-00117-JPG-DGW

## **MEMORANDUM AND ORDER**

**J. PHIL GILBERT, DISTRICT JUDGE**

The parties have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 121.) Accordingly, the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: NOVEMBER 5, 2018**

                                       *s/ J. Phil Gilbert*
                                       **J. PHIL GILBERT**
                                       **DISTRICT JUDGE**